Decision Per Curiam.

---

Robert Mugge, Plaintiff in Error, vs. Solon B. Turman, Defendant in Error.

Writ of error to Circuit Court, Hillsborough county; Barron Phillips, Judge.

Carter & Graham, for Plaintiff in Error.

Solon B. Turman, *in pro. per.*

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on motion of defendant in error.